# EXHIBIT B





May ___, 2011



Re: Civil Matter Io Group, Inc. v. Does 1-244, C-10-3647
Limited Settlement Opportunity

Dear 

I am an attorney representing Io Group, Inc., which does business as Titan Media®. Recently, your Internet access account was used to illegally distribute an unauthorized copy of an Io Group movie using the eDonkey2000 (eD2K) network.

Io Group, Inc. actively pursues all acts of infringement, and recently filed a lawsuit to recover damages for these infringing acts. The name of the case is Io Group, Inc. v. Does 1-244 and the docket number in the Northern District of California is C-10-3647. The Complaint identifies the Defendant responsible for the infringement occurring through your account as Doe Number ___. After filing the Complaint, Io Group subpoenaed your service provider to obtain your identity. The Court has scheduled a case management conference for June 2, 2011 at 3 p.m. You can avoid any further legal action by entering a Settlement Agreement according to the terms outlined herein.

Copyright law allows for statutory damages ranging from $750 to $30,000 per infringed work, ($150,000 if willful). Plaintiff may also be entitled to recover costs and attorney fees. In order to avoid the time and expense of continued litigation, Io Group offers to settle its claims against you for $1,875.00 nonnegotiable. This offer is only available until 5/23/2011. At that time, the settlement demand will increase to no less than $3,375.00.

If you would like to take advantage of this early settlement opportunity, enter the following url into your Internet browser:

http://www.ClaimVendor.com/settle1.php?___

You can pay online using PayPal or a credit card or you can print the settlement agreement and mail it with a check. In some cases, a payment plan may be available. There is more information about the lawsuit and this settlement opportunity in the FAQ section of the website. If you would like us to send you the above settlement link electronically so that you can click on it rather than typing it in to your browser, send your request by e-mail to info@claimvendor.com, being sure to include the following ip address: ___

It is imperative you respond to this letter. Unless you contact this law firm by 5/23/2011 the firm will conclude this is a valid claim and you are responsible for the infringing activity. The Firm

 584 castro street, suite 879, san francisco, ca 94114    p 415.404.6615    f 415.404.6616    gill@sperleinlaw.com

may at any time after 5/23/2011, amend the Complaint to name you personally and proceed to serve upon you a Summons, Amended Complaint and other legal documents.

YOU ARE OBLIGATED TO PRESERVE ANY AND ALL EVIDENCE THAT MAY REASONABLY BE RELEVANT TO THIS MATTER. DO NOT DELETE OR ERASE ANY FILES FROM YOUR COMPUTER(S) OR REFORMAT/SCRUB YOUR HARD DRIVE(S). IF YOU TAKE ANY ACTION THAT RESULTS IN THE DESTRUCTION OR LOSS OF RELEVANT EVIDENCE, A JUDGE MAY ALLOW AN INFERENCE THAT THE EVIDENCE WAS FAVORABLE TO THE OPPOSITION. A JUDGE ALSO COULD ORDER DEFAULT TO BE ENTERED AGAINST YOU OR IMPOSE OTHER SANCTIONS. THIS DUTY TO PRESERVE EVIDENCE INCLUDES WITHOUT LIMITATION, ALL ELECTRONIC VIDEO FILES OR OTHER ELECTRONIC FILES AND/OR DATA RELATING TO COPYING OR TRANSMITTING VIDEO FILES, RELEVANT E-MAILS, DVDs, COPYING/RIPPING EQUIPMENT, OR PROGRAMS/APPLICATIONS USED TO COPY VIDEO FILES.

This letter does not constitute an exhaustive statement of Io Group's legal position, nor is it a waiver of any of Io Group's rights and/or remedies in this or any other matter, all of which are hereby expressly reserved.

Because of the serious nature of this matter, I encourage you to seek advice of a competent attorney.

Sincerely,



D. GILL SPERLEIN
ATTORNEY FOR IO GROUP, INC.

Account Holder at ▮▮▮▮▮▮
Copyrighted Content



$1,875.00 total (if Agreement reached on or before 5/23/2011)
$3,375.00 (after 5/23/2011)

support@ClaimVendor.com