J. Curtis Edmondson, CSB# 236105
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw .com

Attorney for Defendant DOE X.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Axel Braun, | ) Case No.: 4:12-cv-03690-YGR |
|---|---|
| Plaintiff, | ) NOTICE OF WITHDRAWAL OF |
| vs. | ) DEFENDANT DOE X'S MOTION TO ) DISMISS FOR MISJOINDER AND/OR FOR ) A PROTECTIVE ORDER |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE that Defendant Doe X hereby withdraws its Motion to Dismiss Case for Misjoinder and/or for a Protective Order.

Respectfully submitted,

Dated: October 30, 2012         /s/ J. Curtis Edmondson
                                J. Curtis Edmondson
                                Law Offices of J. Curtis Edmondson
                                3699 NW John Olsen Place
                                Hillsboro, OR 97124
                                *Attorney for Defendant Doe X*

NOTICE OF WITHDRAWAL OF DOE's X MOTION TO DISMISS FOR MISJOINDER AND/OR FOR A PROTECTIVE ORDER

## PROOF OF SERVICE

I hereby certify that on October 30th, 2012, a copy of the foregoing *Notice of Withdrawal of Defendant Doe X's Motion to Dismiss Case and/or for a Protective Order* was filed by CM/ECF with the Civil Clerk at the Northern District of California. The following will receive a copy of the foregoing by electronic copy:

**D. Gill Sperlein**
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94102
*Attorney for Plaintiff, Axel Braun*

Dated: 10/30/2012                                    Respectfully Submitted,

*William Petillo*
_____
William Petillo, Paralegal

NOTICE OF WITHDRAWAL OF DOE's X MOTION TO DISMISS FOR MISJOINDER AND/OR FOR A PROTECTIVE ORDER