IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL BRAUN,<br><br>                Plaintiff,<br><br>   v.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 AND DEFENDANT DOES 2 THROUGH 69,<br><br>                Defendants. | Case No.: 12-3690 YGR (JSC)<br><br>**ORDER GRANTING MOTION TO QUASH OR MODIFY SUBPOENA (Dkt. No. 14)** |

Plaintiff Axel Braun ("Braun") sued Sixty-Nine Doe Defendants for copyright infringement. After receiving an order from the Court, Plaintiff served subpoenas on several Internet Service Providers ("ISPs"), seeking identifying information about certain subscribers who, according to Plaintiff's allegations, used their Internet access to violate Plaintiff's copyright. On October 24, 2012, one of the subscribers filed a Motion to Quash or Modify Subpoena which included his identifying information (John Muegge, 10891 Alta Mesa Road, Wilton, CA 95693). (Dkt. No. 14.) Because this is the very information Plaintiff sought in its

Motion to Conduct Early Discovery, Plaintiff's request for early discovery as to subscriber John Muegge is moot. Accordingly, the Motion to Quash or Modify Subpoena (Dkt. No. 14) is GRANTED.

**IT IS SO ORDERED.**

Dated: November 19, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE