**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff, Axel Braun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>                    vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69,<br><br>    Defendants. | **Case No.: 12-3690 YGR (JSC)**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Date: *December 1, 2012*           */s/ D. Gill Sperlein*

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiff, Axel Braun

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET  SAN FRANCISCO, CA 94102
TEL: 415-404-6615    FAX: 415-404-6616

-1-