**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>        vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69,<br><br>    Defendants. | Case No.: 12-3690 YGR (JSC)<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 14 and 69 from the above-captioned action without prejudice.

Respectfully submitted,

Dated: December 1, 2012      */s/ D. Gill Sperlein*
                             D. GILL SPERLEIN
                             THE LAW OFFICE OF D. GILL SPERLEIN
                             Attorney for Plaintiffs

-1-