D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AXEL BRAUN, | **Case No.: 12-3690 YGR (JSC)** |
| Plaintiff, | |
| vs. | **CASE MANAGMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69, | |
| Defendants. | |

Plaintiff provides this Separate Case Management Case which deviates from the Northern District's form Joint Case Management Conference statement because of the unique nature of the case.

Plaintiff requested leave to take early discovery in order to identify the Internet subscribers whose accounts the Doe Defendants used to access the Internet  and engage in the infringing activity alleged in the Complaint.  See Docket No. 4.  The Court

THE LAW OFFICE OF D. GILL SPERLEIN   345 GROVE STREET   SAN FRANCISCO, CA 94102   TEL: 415-404-6615   FAX: 415-404-6616

granted Plaintiff's request and Plaintiff subpoenaed a number of Internet Service providers.  See Docket No. 7.

Plaintiff resolved its claims with some potential Defendants and dismissed those Defendants with prejudice.  See Docket No. 27.

A number of ISPs did not have information for the IP address.  Plaintiff dismissed those defendants without prejudice.  See Docket No. 28.

Some of the service providers recently produced information, and Plaintiff is in the process of contacting those subscribers to further investigate.

One Comcast subscriber, filed a motion to dismiss for lack of joinder.  That Motion is pending with the Court.  No hearing date was set for oral argument.  See Docket No. 19.    Comcast, has refused to produce information for any of 13Comcast subscribers until the Court rules the Motion to Dismiss.  Although Plaintiff believes this action by Comcast is improper, it believes that a Motion to Compel Production would not be heard or resolved before the Court rules on the outstanding motion to dismiss thus resolving the issue.  Rather than burden the Court with a Motion to Compel that is likely to become moot, Plaintiff awaits the Court's ruling on the Motion to Dismiss.

Plaintiff believes that within sixty days it will obtain the remaining subscriber information, complete its investigation and seek to amend the Complaint to name any remaining Defendants.  It will serve those defendants within forty-five days of amending the complaint (and within 120 days of obtaining the identity of the subscribers as previously ordered by the Court.  See Docket No.7).

Dated:  12/11/2012              /s/ D. Gill Sperlein
                                                 _____
                                                 Counsel for plaintiff

CASE MANAGEMENT CONFERENCE STATEMENT
C-12-3690 YGR (JSC)

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102
TEL: 415-404-6615   FAX: 415-404-6616

# [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Conference currently scheduled for December 17, 2012 at 2:00 p.m. is rescheduled for February 25, 2013 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____

_____

YVONNE GONZALEZ ROGERS

UNITED STATES DISTRICT JUDGE

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102
TEL: 415-404-6615   FAX: 415-404-6616

-3-