**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AXEL BRAUN,<br><br>     Plaintiff,<br><br>     vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1, AND DOES,<br><br>     Defendants. | **Case No.: 12-CV-3690 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from December 17, 2012, to **Monday, February 25, 2013**, at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.  A case management state must be filed seven days in advance of the continued conference date.

**IT IS SO ORDERED.**

Date: December 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**