D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN, <br><br> Plaintiff, <br><br> vs. <br><br> PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69, <br><br> Defendants. | Case No.: 12-3690 YGR (JSC) <br><br> **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 2, 53, and 61 from the above-captioned action with prejudice.

Respectfully submitted,

Dated: February 8, 2013    */s/ D. Gill Sperlein*
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiffs