**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>        vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69,<br><br>    Defendants. | Case No.: 12-3690 YGR (JSC)<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 4, 5, 7, 8, 11, 15, 18, 19, 25, 26, 28, 30, 32, 35, 38, 39, 41, 43, 44, 45, 46, 47, 49, 54, 56, 57, 58, 59, 64, 67, and 68 from the above-captioned action without prejudice.

Respectfully submitted,

Dated: February 8, 2013            */s/ D. Gill Sperlein*
                                    D. GILL SPERLEIN
                                    THE LAW OFFICE OF D. GILL SPERLEIN
                                    Attorney for Plaintiffs