# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AXEL BRAUN,**<br><br>        **Plaintiff,**<br><br>        vs.<br><br>**PRIMARY DISTRIBUTOR DOE NUMBER 1 AND DOES 2 THROUGH 69,**<br><br>        **Defendants.** | **Case No.: 12-CV-3690 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for February 25, 2013, is **CONTINUED** to Monday, April 22, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**
**Date: February 20, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**