**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AXEL BRAUN,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**PRIMARY DISTRIBUTOR DOE NUMBER 1 AND DOES 2 THROUGH 69,**<br><br>    **Defendants.** | Case No. 12-CV-3690 YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 8, 2013, Plaintiff filed a separate case management statements for the February 25, 2013 Case Management Conference. Pursuant to the request therein, and for good cause shown, the Court continued the Case Management Conference to April 22, 2013. No updated case management statement has been filed since that time. "Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a *Joint* Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(c) (emphasis added).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, May 13, 2013, at 2:00 p.m**., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **May 6, 2013**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their

responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement.  If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel and all self-represented parties must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for April 22, 2013, is **CONTINUED** to **May 13, 2013, at 2:00 p.m**.

**IT IS SO ORDERED.**
Date: April 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**