**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN,<br><br>   Plaintiff,<br><br>          vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69,<br><br>   Defendants. | Case No.: 12-3690 YGR (JSC)<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendant 66 from the above-captioned action with prejudice.

Respectfully submitted,

Dated: May 6, 2013    */s/ D. Gill Sperlein*
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiffs