**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN, | Case No.: 12-3690 YGR (JSC) |
| Plaintiff, | |
| vs. | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69, | **FRCP 41(a)** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 1, 9, 15, 17, 21, 22, 23, 24, 27, 31, 34, 36, 37, 40, 52, 54, and 62 from the above-captioned action without prejudice.

Respectfully submitted,

Dated: May 6, 2013        */s/ D. Gill Sperlein*
                          D. GILL SPERLEIN
                          THE LAW OFFICE OF D. GILL SPERLEIN
                          Attorney for Plaintiffs

-1-