D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

|  |  |
|---|---|
| AXEL BRAUN, | Case No.: 12-3690 YGR (JSC) |
| Plaintiff, | |
| vs. | **CASE MANAGMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |
| PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 69, | **Date:** May 13, 2013 **Time:** 2:00 p.m. **CtRm:** 5, 2nd Floor |
| Defendants. | |

Plaintiff provides this Separate Case Management Case which deviates from the Northern District's form Joint Case Management Conference statement because of the unique nature of the case.

On April 17, 2013, the Court issued an Order to Show Cause in which it instructed that "[b]y no later than May 6, 2013, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET   SAN FRANCISCO, CA 94102
TEL: 415-404-6615   FAX: 415-404-6616

1  not be sanctioned for their failure to timely file a joint case management statement." Dkt. No.

2  38.

3      Accordingly, Plaintiff files this Case Management Conference Statement. No other

4  Parties have appeared.[1] Thus, Plaintiff files this separate case management conference

5  statement in order to report on the progress of the case and to propose a schedule for the

6  remainder of the case development.

7      The undersigned has read and understood the Local Rules and this Court's Standing

8  Order in Civil Cases. Plaintiff failed to file the Joint Case Management conference that was

9  due on April 15, 2013 because it had not properly been calendared. It was a mistake for which

10 Plaintiff's counsel (the undersigned) sincerely apologizes.

11 **Defendant Doe 1/Y**

12     Y, the account holder SBC Internet identified as controlling the account from which

13 Doe 1 accessed the Internet, filed a Motion to Dismiss for Misjoinder and/or for a Protective

14 Order. Dkt. No.19. On December 18, 2013, Magistrate Judge Corley denied the Motion to

15 Dismiss and granted in part the motion for protective order. Dkt. No. 32. On February 14,

16 2013, this Court issued an Order adopting Magistrate Judge Corley's Report and

17 Recommendations, which was not challenged.

18     The subscriber, subsequently agreed to execute a declaration under penalty of perjury

19 that he/she did not engage in the infringing activity. Plaintiff's further investigation

20 discovered unique facts that rendered it unlikely that Plaintiff would be able to discover Doe

21 Number 1's identity. Thus Plaintiff voluntarily dismissed its claims against him.

---

[1] Although Y filed a Motion to Dismiss or for a Protective Order, Plaintiff never named Y as a party to this action. In any event Plaintiff has voluntarily dismissed the claims corresponding to Y's Internet account.

-2-

THE LAW OFFICE OF D. GILL SPERLEIN
345 GROVE STREET
SAN FRANCISCO, CA 94102
TEL: 415-404-6615    FAX: 415-404-6616

**Other Doe Defendants**

Plaintiff was unable to locate or identify a significant number of the Doe Defendants. Other potential Defendants elected to enter settlement agreements. Accordingly, Plaintiff has voluntarily dismissed all but five of the Defendants identified as Does in the original Complaint. Plaintiff has filed a First Amended Complaint and will serve those Defendants with a Summons and the First Amended Complaint within the next fourteen days.

**Newly Named Defendants**

Because the Motion to Dismiss filed at Docket No. 19 could have resulted in the severance of Defendants, Comcast refused to respond to Plaintiff's subpoena until a the Court issued a final order on the Motion. The Court issued its Order Accepting the Report and Recommendations on the Motion on February 14, 2013. Dkt. No. 36. Comcast delivered the responsive data on March 12, 2013. Plaintiff sent letters to the identified subscribers in an attempt to investigate and where appropriate to seek to resolve claims prior to amending the Complaint. Thus, it was not practical to finalize the list of Defendants against whom Plaintiff would proceed until very recently. As explained in the previous Case Management Conference Statement, Plaintiff believed it was best to amend the Complaint once, after it had received response from *all* subpoenaed ISPs and had opportunity to communicate with subscribers. That is how Plaintiff has proceeded.

Plaintiff amended the Complaint today and will obtain Summonses and have the named Defendants served with Summonses and the First Amended Complaint within fourteen days.

**Related Cases**

On August 31, 2012 the Court ordered this action related to four other Actions. The Court stated in its order that it would reschedule the case management conferences in those cases, but no subsequent order issued. The cases generally parallel this action.

The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94102 Fax: 415-404-6616
Tel: 415-404-6615

-3-

As set forth below, Plaintiff has voluntarily dismissed two of those actions in their entirety.  In the other two, Plaintiffs has voluntarily dismissed all but one defendant and has amended the Complaints accordingly.  Plaintiff will serve a Summons and Complaint on the Defendants in those two actions within fourteen days as well.

- *Axel Brun v. Primary Distributor Doe Number 1 and Defendant Does 2 through 155*, 12-4102 YGR (JSC) - Voluntarily Dismissed without Prejudice;

- *Axel Braun v. Than Pham*, 12-4103 YGR (JSC);

- *Axel Brun v. Primary Distributor Doe Number 1 and Defendant Does 2 through 92*, 12-4104 YGR (JSC) - Voluntarily Dismissed without Prejudice; and

- *Axel Braun v. Benny Yu*, 12-4105 YGR (JSC).

Dated:  May 6, 2013                    /s/ D. Gill Sperlein
                                       Counsel for plaintiff

### [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Conference currently scheduled for May 15, 2013 at 2:00 p.m. is rescheduled for June 24, 2013 at 2:00 p.m.  Plaintiff must have all named Defendants served prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: _____

                    YVONNE GONZALEZ ROGERS
                    UNITED STATES DISTRICT JUDGE