United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AXEL BRAUN,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**PRIMARY DISTRIBUTOR DOE NUMBER 1 AND DOES 2 THROUGH 69,**<br><br>　　　　Defendants. | Case No. 12-CV-3690 YGR<br><br>**ORDER DISCHARGING OSC AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In light of the case management statement filed May 6, 2013, (Dkt. No. 42), the Court **DISCHARGES** the Order to Show Cause issued on April 17, 2013, and **CONTINUES** the Case Management Conference currently set for May 13, 2013, to Monday, August 12, 2013, at 2:00 p.m. in Courtroom 5, Federal Courthouse, Oakland.  An updated joint case management statement shall be filed seven days in advance of that conference.

　　　**IT IS SO ORDERED.**
Date: May 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**