D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for plaintiff
Axel Braun

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN,<br><br>  Plaintiff,<br><br>      vs.<br><br>NABIL AMIRI, CLARENCE BATTS, HUU THANH TRAN, HAROLD HOUSHMAND, AND WAYNE MARSH,<br><br>  Defendants. | **CASE NO.: C-12-3690 YGR (JSC)**<br><br>**NOTICE OF VOUNTARY DISMISSAL OF CLARANCE BATTS WITH PREJUDICE** |

Pursuant to  a settlement agreement entered into between Plaintiff Axel Braun and Defendant Clarence Batts, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Axel Braun, hereby voluntarily dismisses Clarance Batts from the above referenced action with prejudice.

Dated: August 5, 2013                    Respectfully submitted,

                                         /s/ D. Gill Sperlein
                                         _____
                                         D. GILL SPERLEIN
                                         Attorney for Plaintiff AXEL BRAUN