D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for plaintiff
Axel Braun

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>        vs.<br><br>NABIL AMIRI, CLARENCE BATTS, HUU THANH TRAN, HAROLD HOUSHMAND, AND WAYNE MARSH,<br><br>    Defendants. | ) ) ) ) **CASE NO.: C-12-3690 YGR (JSC)**<br>) )<br>) **NOTICE OF VOUNTARY DISMISSAL OF**<br>) **ACTION WITHOUT PREJUDICE**<br>) ) ) ) ) ) ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Axel Braun hereby dismisses this action without prejudice.

.

Dated: August 5, 2013            Respectfully submitted,

/s/ D. Gill Sperlein
_____
D. GILL SPERLEIN
Attorney for Plaintiff AXEL BRAUN