D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for plaintiff
Axel Braun

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN, <br><br> Plaintiff, <br><br> vs. <br><br> NABIL AMIRI, CLARENCE BATTS, HUU THANH TRAN, HAROLD HOUSHMAND, AND WAYNE MARSH, <br><br> Defendants. | CASE NO.: C-12-3690 YGR (JSC) <br><br> **CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:  8/13/2013 <br> Time: 2:00 p.m. <br> CtRm.:  5, 2nd Floor |

The above referenced action is scheduled for a Case Management Conference on August 13, 2013 at 2:00 p.m.  Today Plaintiff voluntarily dismissed Defendant Clarance Batts with prejudice and voluntarily dismissed its claims against the remaining Defendants without prejudice.  Accordingly, this action is closed and the CMC should be taken off calendar.

Dated: August 5, 2013                     Respectfully submitted,

/s/ D. Gill Sperlein
_____
D. GILL SPERLEIN
Attorney for Plaintiff AXEL BRAUN

-1-